JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BENJAMIN TORRES, an individual, | **CASE NO. 2:25-cv-04155-RGK (MBKx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, a public entity; SHERIFF ROBERT LUNA, individually and in his official capacity; DOES 1-20, | |
| Defendants. | |

On March 9, 2026, following a three-day jury trial, the Court granted Defendant County of Los Angeles' Rule 50 Motion for Judgment as a Matter of Law. (Minute Order, Dkt. 111.) In its order, the Court instructed the County to file a proposed judgment within seven days. (*See id.*)

Accordingly, the Court enters final judgment as follows:

(1)     The Court enters **JUDGMENT** for Defendant County of Los Angeles and Defendant Sheriff Robert Luna and against Plaintiff Benjamin Torres;

(2)     This case is **DISMISSED WITH PREJUDICE** in its entirety; and

(3)     The County may seek, via separate pleadings, any attorneys' fees or costs to which it may be entitled.

**IT IS SO ORDERED.**

Dated: 3/12/2026

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400